1036

No. 518. STEPPS v. ARKANSAS. Sup. Ct. Ark. Certiorari denied. *Jack Holt, Jr.,* for petitioner. *Joe Purcell,* Attorney General of Arkansas, for respondent.

No. 668. AMPLEX OF MARYLAND, INC. v. OUTBOARD MARINE CORP. C. A. 4th Cir. Certiorari denied. *Harold Buchman* for petitioner. *Roberts B. Owen* and *Nestor S. Foley* for respondent. *Solicitor General Griswold, Assistant Attorney General Turner* and *Robert S. Rifkind* for the United States, as *amicus curiae,* in support of the petition.

No. 680. BREGMAN, VOCCO & CONN, INC. v. DONALDSON PUBLISHING CO. C. A. 2d Cir. Certiorari denied. *Frederick W. R. Pride, Leo P. Larkin, Jr., Max Chopnick, Jerome E. Malino* and *Theodore R. Jackson* for petitioner. *Lewis A. Dreyer* for respondent.

No. 731. CROUSE v. GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 4th Cir. Certiorari denied. *Clay S. Crouse,* petitioner, *pro se. Solicitor General Griswold, Assistant Attorney General Weisl* and *Kathryn H. Baldwin* for respondent.

No. 734. GLADNEY v. REVIEW COMMITTEE. C. A. 5th Cir. Certiorari denied. *Paul K. Kirkpatrick, Jr.,* for petitioner. *Solicitor General Griswold* for respondent.

No. 744. WALKER v. UNITED STATES. Ct. Cl. Certiorari denied. *Lawrence J. Simmons* for petitioner. *Solicitor General Griswold* for the United States.